Cir. Certiorari denied. *Roland Boyd* and *Donald L. Case* for the Collin County Levee Improvement District No. 1, petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States and the Reconstruction Finance Corporation, respondents.

No. 631. NORTHWEST STEEL ROLLING MILLS, INC. ET AL. *v.* KENDALL, ASSISTANT ADMINISTRATOR, ECONOMIC STABILIZATION AGENCY. United States Emergency Court of Appeals. Certiorari denied. *De Witt Williams* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Morton Hollander* for respondent.

No. 632. PENNSYLVANIA WATER & POWER CO. *v.* CONSOLIDATED GAS ELECTRIC LIGHT & POWER CO. OF BALTIMORE. C. A. 4th Cir. Certiorari denied. *Wilkie Bushby, Everett I. Willis, James Piper* and *R. Dorsey Watkins* for petitioner. *Alfred P. Ramsey, Harry N. Baetjer* and *Inzer B. Wyatt* for respondent.

No. 633. CINCOTTA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *W. Marcus Crahan* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *A. F. Prescott* for the United States.

No. 653. KLOCK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William W. Barron* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 281, Misc. CANNON *v.* ELLIS, GENERAL MANAGER OF THE TEXAS PRISON SYSTEM. Court of Criminal Ap-